# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC IRELAND,**

**-vs-**  Case No. **6:06-cv-468-Orl-19KRS**

**NOSO, INC., d/b/a The Blue Room,
JEFFREY WINSTON,**

        **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration after a hearing on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE PLEADING OF DEFENDANTS FOR FAILURE TO COMPLY WITH COURT'S ORDER DATED NOVEMBER 15, 2006 (Doc. No. 45)** |
| **FILED:** | **February 9, 2007** |

    On September 11, 2006, the Court ordered Defendants Noso, Inc. and Jeffrey Winston to show cause why they should not be sanctioned because they had not filed their Verified Summary of hours worked by the plaintiff as required by this Court's scheduling order. Doc. No. 34. In response to the Order to Show Cause, the defendants' attorneys stated that the failure to file the Verified Summary was the result of the defendants' failure to communicate with their attorneys. Doc. No. 40. The defendants' attorneys requested a thirty-day abatement of the proceedings to allow the defendants to obtain a new counsel, which was granted. Doc. No. 43.

The defendants never filed the Verified Summary, and no substitute counsel entered an appearance on their behalf.  Consequently, Ireland filed the present motion seeking to strike the defendants' answer and affirmative defenses for failing to comply with the Court's orders.  On February 13, 2007, I entered an Order setting a hearing on Ireland's motion.  I required Defendant Winston and a corporate representative of Defendant Noso, Inc. to appear personally at the hearing.  Doc. No. 46.  In my Order, I cautioned the parties that failure to appear at this hearing could result in sanctions, including granting the motion to strike the defendants' pleadings and entering a default against the defendants.  *Id.*

At the hearing on Ireland's motion, which took place on February 23, 2007, neither Winston nor a representative of Noso, Inc. were in attendance.  The defendants' attorneys stated that they had taken extensive measures to inform the defendants of the motion and of the requirement that they personally appear.  Accordingly, as the defendants have violated numerous Court orders, and have apparently abandoned their defense of the case,  it is **RECOMMENDED** that the Motion to Strike Pleading of Defendants for Failure to Comply with Court's Order Dated November 15, 2006, doc. no. 45, be **GRANTED**, and that the Court direct the Clerk of Court to enter a default against each defendant.

It is further **RECOMMENDED** that the oral motion by defendants' counsel renewing their request to withdraw be **GRANTED**. Attorneys Eric D. Frommer, Esq., and Daniel J. Fisher, Esq., should be relieved of their obligations to further represent these defendants.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 23, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy