## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ERIC IRELAND,

        Plaintiff,

vs.                                                 CASE NO. 6:06-CV-468-ORL-19KRS

NOSO, INC., d/b/a The Blue Room,
JEFFREY WINSTON,

        Defendants.

_____

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 48, filed February 23, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 48) is **ADOPTED and AFFIRMED.** The Motion to Strike Pleading of Defendants for Failure to Comply with Court's Order Dated November 15, 2006 (Doc. No. 45, filed February 9, 2007) is **GRANTED.** The Clerk of Court shall enter a default against each defendant.

The Oral Motion by Defendants' counsel renewing their request to withdraw is **GRANTED,** and attorneys Eric D. Frommer, Esq. and Daniel J. Fisher, Esq. are relieved of their obligations to further represent these Defendants.

**DONE AND ORDERED** at Orlando, Florida, this ___15th___ day of March, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record