UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:06-CV-468-ORL-19KRS

ERIC IRELAND,

                Plaintiffs,

vs.

NOSO, INC., d/b/a THE BLUE ROOM
and JEFFREY WINSTON,

                Defendants,
_____/

## **FINAL JUDGMENT**

THIS MATTER having come before the Plaintiff's Motion for Entry of Default Final Judgment and supporting Affidavits,

IT IS ADJUDGED that Plaintiff, ERIC IRELAND of 4213 Red Bird Avenue, St. Cloud, Florida 34772, recover from the Defendants, NOSO, INC. d/b/a THE BLUE ROOM, 3801 Norbury Court, Orlando, Florida 32835, and JEFFREY WINSTON, jointly and severally, the principal sum of Four Thousand Four Hundred Forty Nine Dollars and 60/100ths ($4,449.60), plus costs in the sum of Three Hundred Seven Dollars and 50/100ths ($307.50), plus attorneys fees in the sum of Four Thousand Five Hundred Dollars ($4,500.00), for a total amount due of Nine Thousand Two Hundred Fifty Seven Dollars and 10/100ths ($9,257.10) that shall bear interest at the highest rate allowable by law, for all of which let execution issue forthwith.

DONE AND ORDERED this 12th day of July, 2 0 0 0 , a t Orlando, Orange County, Florida.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished: K.E. Pantas, Esq., Pantas Law Firm, 250 North Orange Avenue, 11th Floor, Orlando, FL 32801 and Defendants, 3801 Nortbury Court, Orlando, Florida 32835.